IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GILBERT PEREZ,

        Petitioner,                      JUDGMENT IN A CIVIL CASE

    v.                                        Case No. 12-cv-92-wmc

WARDEN JEFFREY PUGH,

        Respondent.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent, Jeffrey Pugh, dismissing the petition filed by Gilbert Perez for want of prosecution and failure to comply with court orders.

| /s/ E. Clark, Deputy Clerk | 1/7/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |